# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-2561

_____

Ryan Hauber

*Plaintiff - Appellant*

v.

Honkamp Krueger & Co. PC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: March 18, 2026
Filed: March 23, 2026
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Ryan Hauber appeals after the district court[1] dismissed this action with prejudice and imposed a monetary fine as sanctions for discovery abuses pursuant to Federal Rule of Civil Procedure 37(b)(2). Upon careful review of the record and the parties' submissions on appeal, we conclude the district court did not clearly err in finding that Hauber willfully violated the court's discovery orders, see Burgett v. Gen. Store No Two Inc., 727 Fed. Appx. 898, 900 (8th Cir. 2018) (unpublished per curiam) (standard of review), and based on that finding, did not abuse its discretion by dismissing Hauber's complaint with prejudice and imposing a monetary fine, see Comstock v. UPS Ground Freight, Inc., 775 F.3d 990, 992 (8th Cir. 2014) (standard of review); Lindstedt v. City of Granby, 238 F.3d 933, 937 (8th Cir. 2000) (per curiam) (pro se litigant bound to meet simple discovery requirements).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable Kelly K.E. Mahoney, United States Magistrate Judge for the Northern District of Iowa.